UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jenee K. Ciccarelli, Esq. (JC/0963)
Ciccarelli Law, PC
47 Park Ave., Ste. 304
West Orange, NJ 07052
Phone: (973) 737-9060
Fax: (973) 619-0023

In Re:

Doris L. Pilgrim,

Debtor.

Case No.: 20-13717
Chapter: 13
Adv. No.: 
Hearing Date: 5/21/2020
Judge: Papalia

## CERTIFICATION OF SERVICE

1. I, Nyrva Redmond :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for Jenee K. Ciccarelli, Esq., who represents Debtor in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On May 12, 2020, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Notice of Chapter 13 Transmittal, Chapter 13 Plan and Appraisal

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: May 12, 2020

/s/ Nyrva Redmond
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd., Ste. 330<br>Fairfield, NJ 07004-1550 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| LMC Fund I, LLC<br>Attn: CEO<br>2332 Frankford Ave.<br>Philadelphia, PA 19125 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |