UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jenee K. Ciccarelli, Esq. (JC/0693)
Ciccarelli Law, PC
47 Park Ave., Suite 304
West Orange, New Jersey 07052
Phone 973-737-9060
Fax 973-619-0023
jenee@jc-lawpc.com
Attorney for Debtor

In Re:

    Doris Pilgrim,

                      Debtor.

**Chapter 13**

Case No. 20-13717

Honorable Vincent Papalia

Hearing: 7/2/2020

**NOTICE OF OBJECTION AND REQUEST TO RECLASSIFY CLAIM NO. 2**

ORAL ARGUMENT REQUESTED ONLY IF OPPOSITION IS FILED

TO:

Marie-Ann Greenberg
Chapter 13 Standing Trustee
30 Two Bridges Rd
Suite 330
Fairfield, NJ 07004

LMC Fund I, LLC
2332 Frankford Avenue
Philadelphia, PA 19125

The debtor has filed papers with the Court for an Order objecting to your proof of claim and reclassifying your proof of claim from secured to unsecured, and other such relief as the Court may deem appropriate.

**<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to reclassify your claim, or if you want the Court to consider your views on the motion, then you or your attorney must:

File a written response in opposition to this motion explaining your position(s) at least 7 days prior to the hearing date and send it to:

Clerk
United States Bankruptcy Court
50 Walnut Street
Newark, NJ 07102

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before 7 days from the date of this notice.

You must also mail a copy to:

Jenee K. Ciccarelli, Esquire
47 Park Ave., Suite 304
West Orange, NJ 07052

Marie-Ann Greenberg
Chapter 13 Standing Trustee
30 Two Bridges Rd
Suite 330
Fairfield, NJ 07004

Pursuant to D.N.J. LBR 9013-2(a) et seq., if you wish to contest the within motion, you must file with the Office of the Clerk of the Bankruptcy Court, responding papers stating with particularity the basis of your opposition to the within Motion.  A copy of the proposed Order which is sought is enclosed with this Motion.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Dated: June 11, 2020                                                                   __/s/Jenee K. Ciccarelli_____
                                                                                                      Jenee K. Ciccarelli, Esq.
                                                                                                      Attorney for Debtor