| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Jenee K. Ciccarelli, Esq. (JC/0963)<br>Ciccarelli Law, PC<br>47 Park Ave., Ste. 304<br>West Orange, NJ 07052<br>Phone: (973) 737-9060<br>Fax: (973) 619-0023 | Case No.: 20-13717<br><br>Chapter: 13 |
| In Re:<br><br>Doris L. Pilgrim,<br><br>Debtor. | Adv. No.: <br><br>Hearing Date: 7/2/2020<br><br>Judge: Vincent Papalia |

## CERTIFICATION OF SERVICE

1. I, __Nyrva Redmond__ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for __Jenee K. Ciccarelli, Esq.__, who represents __Debtor__ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On __June 11, 2020__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Notice of Objection and Request to Reclassify Claim No. 2
    Certification of Counsel
    Proposed Order

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __June 11, 2020__            /s/ Nyrva Redmond
                                    Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd., Ste. 330<br>Fairfield, NJ 07004-1550 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| LMC Fund I, LLC<br>Attn: CEO<br>2332 Frankford Ave.<br>Philadelphia, PA 19125 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |