Form 186 – ntc13plnprior

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  20−13717−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Doris L. Pilgrim
   25−27 22nd Street
   Irvington, NJ 07111

Social Security No.:
   xxx−xx−2082

Employer's Tax I.D. No.:

**NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION;
FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF**

A Plan was filed in this matter on 4/5/2020 and a confirmation hearing on such Plan has been scheduled for 5/21/2020.

The debtor filed a Modified Plan on 6/12/2020 and a confirmation hearing on the Modified Plan is scheduled for 7/16/2020 @8:30am. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: June 15, 2020
JAN: mff

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Doris L. Pilgrim  
     Debtor

Case No. 20-13717-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jun 15, 2020  
                    Form ID: 186     Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2020.
```
db              Doris L. Pilgrim,    25-27 22nd Street,    Irvington, NJ  07111
518746850       Allied Servicing Corporate,    25 22nd St #27,    Irvington, NJ 07111
518832473      +LMC Fund 1, LLC,    2332 Frankford Ave.,    Philadelphia, PA 19125-2015
518827627      +LMC Fund I, LLC,    2332 Frankford Avenue,    Philadelphia, PA 19125-2015
518834087      +Pincus Law Group, PLLC,    2929 Arch Street, Ste 1700,    Philadelphia, PA 19104-7327
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 16 2020 00:45:24      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 16 2020 00:45:21      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518834086       E-mail/Text: melissa@allservicing.com Jun 16 2020 00:45:24      Allied Servicing Corporate,
                 PO Box 13245,    Spokane, WA 99213-3245
518759655       E-mail/Text: mrdiscen@discover.com Jun 16 2020 00:44:21      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
518746851      +E-mail/Text: mrdiscen@discover.com Jun 16 2020 00:44:21      Discover Financial,
                 Attn: Bankruptcy,    Po Box 3025,    New Albany, OH 43054-3025
518746852      +E-mail/Text: jennifer.chacon@spservicing.com Jun 16 2020 00:46:08
                 Select Portfolio Servicing, Inc,    Attn: Bankruptcy,    Po Box 65250,
                 Salt Lake City, UT 84165-0250
518832891       E-mail/Text: jennifer.chacon@spservicing.com Jun 16 2020 00:46:08
                 Towd Point Mortgage Trust 2019-4, et al,    c/o Select Portfolio Servicing, Inc.,
                 P.O. Box 65250,    Salt Lake City, UT 84165-0250
                                                                                             TOTAL: 7
```

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2020                                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2020 at the address(es) listed below:
```
        Denise E. Carlon    on behalf of Creditor    Towd Point Mortgage Trust 2019-4, U.S. Bank National
         Association, as Indenture Trustee dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
        Jenee K. Ciccarelli    on behalf of Debtor Doris L. Pilgrim info@jc-lawpc.com,
         nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com
        Marie-Ann Greenberg    magecf@magtrustee.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```