

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Towd Point Mortgage Trust 2019-4, U.S. Bank<br>National Association, as Indenture Trustee | Order Filed on June 19, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Doris L. Pilgrim,<br><br>Debtor. | Case No.:  20-13717 VFP<br>Adv. No.:<br>Hearing Date:  5/21/2020 @ 8:30 a.m.<br>Judge:  Vincent F. Papalia |

## AMENDED ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: June 19, 2020**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page 2
Debtor:  Doris L. Pilgrim
Case No.:  20-13717 VFP
Caption:  **AMENDED ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor Towd Point Mortgage Trust 2019-4, U.S. Bank National Association, as Indenture Trustee, holder of a mortgage on real property located at 25 27 22nd Street, Irvington, NJ, 07111, Denise Carlon appearing, by way of objection to the confirmation of Debtors' Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Jenee K. Ciccarelli, Esquire, attorney for Debtor, Doris L. Pilgrim, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that the proof of claim shall be paid outside the plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor will use post-petition funds to post to pre-petition payments due; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that said application of payments will not be deemed a violation of the automatic stay; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor reserves her right to object to Secured Creditor's proof of claim; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.