| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Towd Point Mortgage Trust 2019-4, U.S. Bank<br>National Association, as Indenture Trustee | Order Filed on June 19, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Doris L. Pilgrim,<br><br>Debtor. | Case No.: 20-13717 VFP<br>Adv. No.:<br>Hearing Date: 5/21/2020 @ 8:30 a.m.<br>Judge: Vincent F. Papalia |

**AMENDED ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: June 19, 2020**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page 2
Debtor:        Doris L. Pilgrim
Case No.:      20-13717 VFP
Caption:       **AMENDED ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor Towd Point Mortgage Trust 2019-4, U.S. Bank National Association, as Indenture Trustee, holder of a mortgage on real property located at 25 27 22nd Street, Irvington, NJ, 07111, Denise Carlon appearing, by way of objection to the confirmation of Debtors' Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Jenee K. Ciccarelli, Esquire, attorney for Debtor, Doris L. Pilgrim, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that the proof of claim shall be paid outside the plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor will use post-petition funds to post to pre-petition payments due; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that said application of payments will not be deemed a violation of the automatic stay; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor reserves her right to object to Secured Creditor's proof of claim; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:
Doris L. Pilgrim
    Debtor

Case No. 20-13717-VFP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jun 19, 2020
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 21, 2020.
db           Doris L. Pilgrim,    25-27 22nd Street,    Irvington, NJ   07111

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2020                                 Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 19, 2020 at the address(es) listed below:
        Denise E. Carlon    on behalf of Creditor    Towd Point Mortgage Trust 2019-4, U.S. Bank National Association, as Indenture Trustee dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
        Jenee K. Ciccarelli    on behalf of Debtor Doris L. Pilgrim info@jc-lawpc.com, nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com
        Marie-Ann Greenberg    magecf@magtrustee.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                TOTAL: 4