UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jenee K. Ciccarelli, Esq. (JC/0693)
Ciccarelli Law, PC
47 Park Ave., Suite 304
West Orange, New Jersey 07052
Phone 973-737-9060
Fax 973-619-0023
jenee@jc-lawpc.com
Attorney for Debtor

In Re:

    Doris L. Pilgrim,

                  Debtor.

Order Filed on July 7, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Chapter 13**

Case No. 20-13717

Honorable Vincent Papalia

Hearing: July 2, 2020

## ORDER TO RECLASSIFY PROOF OF CLAIM #2 OF LMC FUND I, LLC FROM SECURED TO UNSECURED

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: July 7, 2020**

                                       **Honorable Vincent F. Papalia**
                                       **United States Bankruptcy Judge**

**Page 2**
Debtor: Doris L. Pilgrim
Case No. 20-13717
Caption: ORDER RECLASSIFY CLAIM #2

--------------------------------------------------------------

This matter having come before the Court upon the Debtor's Application for an Order to Reclassify Proof of Claim #2, filed by LMC FUND I, LLC and the Court having examined the evidence presented, and for good cause shown,

**ORDERED** that Proof of Claim #2 filed by LMC FUND I, LLC be and is hereby reduced by classified from secured to completely unsecured and shall be treated within the Debtor's plan as such.