UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jenee K. Ciccarelli, Esq. (JC/0693)
Ciccarelli Law, PC
47 Park Ave., Suite 304
West Orange, New Jersey 07052
Phone 973-737-9060
Fax 973-619-0023
jenee@jc-lawpc.com
Attorney for Debtor

_____

In Re:

    Doris L. Pilgrim,

                      Debtor.

Order Filed on July 7, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Chapter 13**

Case No. 20-13717

Honorable Vincent Papalia

Hearing: July 2, 2020

## ORDER TO RECLASSIFY PROOF OF CLAIM #2 OF LMC FUND I, LLC FROM SECURED TO UNSECURED

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: July 7, 2020**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**Page 2**
Debtor: Doris L. Pilgrim
Case No. 20-13717
Caption: ORDER RECLASSIFY CLAIM #2

------------------------------------------------------------

This matter having come before the Court upon the Debtor's Application for an Order to Reclassify Proof of Claim #2, filed by LMC FUND I, LLC and the Court having examined the evidence presented, and for good cause shown,

**ORDERED** that Proof of Claim #2 filed by LMC FUND I, LLC be and is hereby reduced by classified from secured to completely unsecured and shall be treated within the Debtor's plan as such.

United States Bankruptcy Court
District of New Jersey

In re:  
Doris L. Pilgrim  
    Debtor

Case No. 20-13717-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Jul 07, 2020  
                   Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2020.  
db          Doris L. Pilgrim,    25-27 22nd Street,    Irvington, NJ   07111

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2020 at the address(es) listed below:  
         Denise E. Carlon    on behalf of Creditor    Towd Point Mortgage Trust 2019-4, U.S. Bank National Association, as Indenture Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Jenee K. Ciccarelli    on behalf of Debtor Doris L. Pilgrim info@jc-lawpc.com, nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
     TOTAL: 4