JENEE K. CICCARELLI
CICCARELLI LAW, PC
47 PARK AVENUE, SUITE 304
WEST ORANGE, NJ  07052

Re: DORIS L. PILGRIM
25-27 22ND STREET
IRVINGTON, NJ  07111

Atty: JENEE K. CICCARELLI
CICCARELLI LAW, PC
47 PARK AVENUE, SUITE 304
WEST ORANGE, NJ  07052

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021
Chapter 13 Case # 20-13717

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $1,870.92**

## RECEIPTS AS OF 01/15/2021    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 04/02/2020 | $51.97 | 6678703000 | 04/28/2020 | $51.97 | 6744848000 |
| 05/29/2020 | $51.97 | 6822361000 | 07/06/2020 | $51.97 | 6917050000 |
| 08/03/2020 | $51.97 | 6981994000 | 09/01/2020 | $51.97 | 7054182000 |
| 10/01/2020 | $51.97 | 7126857000 | 11/02/2020 | $51.97 | 7200226000 |
| 12/01/2020 | $51.97 | 7273303000 | 12/31/2020 | $51.97 | 7340258000 |

**Total Receipts: $519.70 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $519.70**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| LMC FUND I LLC | 01/11/2021 | $426.05 | 863,132 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 42.90 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | LMC FUND I LLC | UNSECURED | 133,175.15 | * | 426.05 | |
| 0002 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 841.34 | * | 0.00 | |
| 0003 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |

**Total Paid: $468.95**
See Summary

**Chapter 13 Case # 20-13717**

# SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2021.

Receipts: $519.70    -    Paid to Claims: $426.05    -    Admin Costs Paid: $42.90    =    Funds on Hand: $50.75

**\*\*NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.