JENEE K. CICCARELLI
CICCARELLI LAW, PC
47 PARK AVENUE, SUITE 304
WEST ORANGE, NJ  07052

Re:  DORIS L. PILGRIM
     25-27 22ND STREET
     IRVINGTON,  NJ  07111

Atty:  JENEE K. CICCARELLI
       CICCARELLI LAW, PC
       47 PARK AVENUE, SUITE 304
       WEST ORANGE, NJ  07052

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022
#### Chapter 13 Case # 20-13717

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $1,870.92**

## RECEIPTS AS OF 01/14/2022  (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 04/02/2020 | $51.97 | 6678703000 | 04/28/2020 | $51.97 | 6744848000 |
| 05/29/2020 | $51.97 | 6822361000 | 07/06/2020 | $51.97 | 6917050000 |
| 08/03/2020 | $51.97 | 6981994000 | 09/01/2020 | $51.97 | 7054182000 |
| 10/01/2020 | $51.97 | 7126857000 | 11/02/2020 | $51.97 | 7200226000 |
| 12/01/2020 | $51.97 | 7273303000 | 12/31/2020 | $51.97 | 7340258000 |
| 02/01/2021 | $51.97 | 7417453000 | 03/02/2021 | $51.97 | 7494677000 |
| 03/31/2021 | $51.97 | 7563477000 | 05/03/2021 | $51.97 | 7638515000 |
| 06/02/2021 | $51.97 | 7706013000 | 07/01/2021 | $51.97 | 7780378000 |
| 07/30/2021 | $51.97 | 7844276000 | 09/08/2021 | $51.97 | 7935277000 |
| 09/30/2021 | $51.97 | 7980439000 | 11/03/2021 | $51.97 | 8060677000 |
| 12/01/2021 | $51.97 | 8116509000 | 01/05/2022 | $51.97 | 8191951000 |

**Total Receipts: $1,143.34  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $1,143.34**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022  (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| DISCOVER BANK DISCOVER PRODUCTS INC. | | | | | | |
| | 09/20/2021 | $5.13 | 877,510 | | | |
| LMC FUND I LLC | | | | | | |
| | 01/11/2021 | $426.05 | 863,132 | 02/22/2021 | $47.76 | 864,772 |
| | 03/15/2021 | $47.76 | 866,654 | 04/19/2021 | $47.77 | 868,294 |
| | 05/04/2021 | ($426.05) | 863,132 | 05/17/2021 | $473.82 | 870,209 |
| | 06/21/2021 | $48.54 | 871,992 | 07/19/2021 | $48.54 | 873,803 |
| | 08/16/2021 | $48.55 | 875,488 | 09/20/2021 | $48.54 | 877,212 |
| | 10/18/2021 | $48.55 | 878,997 | 11/17/2021 | $48.53 | 880,694 |
| | 12/13/2021 | $49.07 | 882,329 | 01/10/2022 | $49.06 | 883,988 |

## CLAIMS AND DISTRIBUTIONS

**Chapter 13 Case # 20-13717**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 81.12 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | LMC FUND I LLC | UNSECURED | 133,175.15 | * | 1,006.49 | |
| 0002 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 841.34 | * | 5.13 | |
| 0003 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |

**Total Paid: $1,092.74**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 14, 2022.

Receipts: $1,143.34    -    Paid to Claims: $1,011.62    -    Admin Costs Paid: $81.12    =    Funds on Hand: $50.60

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.