JENEE K. CICCARELLI
CICCARELLI LAW, PC
239 NEW ROAD
BUILDING A, SUITE 301
PARSIPPANY, NJ  07054

Re:  DORIS L. PILGRIM
     25-27 22ND STREET
     IRVINGTON,  NJ  07111

Atty:  JENEE K. CICCARELLI
     CICCARELLI LAW, PC
     239 NEW ROAD
     BUILDING A, SUITE 301
     PARSIPPANY, NJ  07054

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023**
Chapter 13 Case # 20-13717

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $1,870.92**

## RECEIPTS AS OF 01/13/2023  (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 04/02/2020 | $51.97 | 6678703000 | 04/28/2020 | $51.97 | 6744848000 |
| 05/29/2020 | $51.97 | 6822361000 | 07/06/2020 | $51.97 | 6917050000 |
| 08/03/2020 | $51.97 | 6981994000 | 09/01/2020 | $51.97 | 7054182000 |
| 10/01/2020 | $51.97 | 7126857000 | 11/02/2020 | $51.97 | 7200226000 |
| 12/01/2020 | $51.97 | 7273303000 | 12/31/2020 | $51.97 | 7340258000 |
| 02/01/2021 | $51.97 | 7417453000 | 03/02/2021 | $51.97 | 7494677000 |
| 03/31/2021 | $51.97 | 7563477000 | 05/03/2021 | $51.97 | 7638515000 |
| 06/02/2021 | $51.97 | 7706013000 | 07/01/2021 | $51.97 | 7780378000 |
| 07/30/2021 | $51.97 | 7844276000 | 09/08/2021 | $51.97 | 7935277000 |
| 09/30/2021 | $51.97 | 7980439000 | 11/03/2021 | $51.97 | 8060677000 |
| 12/01/2021 | $51.97 | 8116509000 | 01/05/2022 | $51.97 | 8191951000 |
| 01/31/2022 | $51.97 | 8242321000 | 03/01/2022 | $51.97 | 8309908000 |
| 03/31/2022 | $51.97 | 8372554000 | 05/06/2022 | $51.97 | 8452551000 |
| 06/01/2022 | $51.97 | 8500592000 | 06/29/2022 | $51.97 | 8556275000 |
| 08/05/2022 | $51.97 | 8632159000 | 08/30/2022 | $51.97 | 8676989000 |
| 09/30/2022 | $51.97 | 8737546000 | 10/31/2022 | $51.97 | 8795480000 |
| 12/06/2022 | $51.97 | 8868091000 | 01/06/2023 | $51.97 | 8924703000 |

**Total Receipts: $1,766.98  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $1,766.98**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023  (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| DISCOVER BANK DISCOVER PRODUCTS INC. | | | | | | |
| | 09/20/2021 | $5.13 | 877,510 | | | |

Chapter 13 Case # 20-13717

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| LMC FUND I LLC | | | | | | | |
| | 01/11/2021 | $426.05 | 863,132 | | 02/22/2021 | $47.76 | 864,772 |
| | 03/15/2021 | $47.76 | 866,654 | | 04/19/2021 | $47.77 | 868,294 |
| | 05/04/2021 | ($426.05) | 863,132 | | 05/17/2021 | $473.82 | 870,209 |
| | 06/21/2021 | $48.54 | 871,992 | | 07/19/2021 | $48.54 | 873,803 |
| | 08/16/2021 | $48.55 | 875,488 | | 09/20/2021 | $48.54 | 877,212 |
| | 10/18/2021 | $48.55 | 878,997 | | 11/17/2021 | $48.53 | 880,694 |
| | 12/13/2021 | $49.07 | 882,329 | | 01/10/2022 | $49.06 | 883,988 |
| | 02/14/2022 | $49.06 | 885,668 | | 03/14/2022 | $49.06 | 887,387 |
| | 04/18/2022 | $49.85 | 889,062 | | 05/16/2022 | $49.83 | 890,793 |
| | 06/20/2022 | $49.83 | 892,455 | | 07/18/2022 | $49.83 | 894,197 |
| | 08/15/2022 | $49.84 | 895,759 | | 09/19/2022 | $49.83 | 897,350 |
| | 10/17/2022 | $49.84 | 899,015 | | 11/14/2022 | $49.84 | 900,587 |
| | 12/12/2022 | $48.79 | 902,154 | | 01/09/2023 | $48.81 | 903,643 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 106.86 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | LMC FUND I LLC | UNSECURED | 133,175.15 | * | 1,600.90 | |
| 0002 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 841.34 | * | 5.13 | |
| 0003 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |

**Total Paid: $1,712.89**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 15, 2023.

Receipts: $1,766.98    -    Paid to Claims: $1,606.03    -    Admin Costs Paid: $106.86    =    Funds on Hand: $54.09

**NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.