UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Shnayder Law Firm
Jennie Shnayder, Esquire
148 East Street Road
Suite 352
Feasterville, PA 19053
215-834-3103
jennie@shnayderlawfirm.com
Attorneys for LMC Fund 1 LLC

In Re:
Doris L. Pilgrim
 Debtor

Case No.: 20-13717

Chapter: 13

Judge: VFP

# NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of LMC Fund 1 LLC . Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:  Shnayder Law Firm
148 East Street Road
Suite 352
Feasterville, PA 19053

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: 05/13/2023

/s/ Jennie Shnayder
Signature

*new.8/1/15*