UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jenee K. Ciccarelli, Esq. JC/0693
Ciccarelli Law, PC
239 New Road, Building A, Suite 301
Parsippany, NJ 07054
Phone: 973-737-9060
Fax: 973-619-0023
Email: info@jc-lawpc.com
Attorney for Debtor

---

Order Filed on May 22, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 13

Case No.: 20-13717

Honorable Vincent F. Papalia

Hearing Date: 5/18/2023

In Re:

Doris Pilgrim,

                      Debtor.

**ORDER STRIPPING OFF THE LIEN OF SECURED CREDITOR, LMC FUND I, LLC AND MODIFYING ITS RIGHT AS UNSECURED**

The relief set forth of the following pages, numbered two (2) through two (2) is hereby

**ORDERED**

**DATED: May 22, 2023**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**Page 2**
Debtor: Doris Pilgrim
Case No. 20-13717
Caption: ORDER STRIPPING OFF THE LIEN OF SECURED CREDITOR, LMC FUND I, LLC AND MODIFYING ITS RIGHT AS UNSECURED

---

**THIS MATTER** having come before the Court upon Debtor's Application for an Order to Strip the Lien of LMC Fund I, LLC and Modify its Right as Unsecured and the Court having examined the evidence presented, and for good cause shown,

**ORDERED** that the lien held by LMC Fund I, LLC shall be treated as an unsecured claim pursuant to U.S.C. § 506(a) and 11 U.S.C. § 1322(b)(2). The total claim amount of approximately $133,175.15 shall be paid in the same manner and percentage as all other unsecured creditors; and it is further

**ORDERED** that upon completion of Debtor's plan, the second mortgage assigned to LMC Fund I, LLC, originally dated May 31, 2007 and recorded in the Office of the Essex County Clerk on February 8, 2008 in Book 12116 at Page 7900, et seq., Instrument No. 8012721, shall be deemed canceled, discharged and of no effect. The above mortgage was assigned to LMC Fund I, LLC by Assignment of Mortgage was recorded on April 4, 2019 in the Office of the Essex County Clerk on under Instrument No. 2019031265.

**ORDERED** that upon completion of Debtor's plan payments, the lien creditor shall immediately take all steps necessary and appropriate to release, cancel and/or discharge the recorded mortgage in the land records of this State; and it is further

**ORDERED** that in the event the lienholder fails to take all necessary steps to release, cancel and/or discharge the mortgage recorded in the land records of this State, then in that event the mortgage held by LMC Fund I, LLC shall be deemed paid and satisfied through the Debtor's Chapter 13 proceeding and the County Recording Office is hereby authorized to cancel this mortgage.