| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Jenee K. Ciccarelli, Esq. JC/0693<br>Ciccarelli Law, PC<br>239 New Road, Building A, Suite 301<br>Parsippany, NJ 07054<br>Phone: 973-737-9060<br>Fax: 973-619-0023<br>Email: info@jc-lawpc.com<br>Attorney for Debtor<br><br>_____<br><br>In Re:<br><br>Doris Pilgrim,<br><br>                           Debtor. | Order Filed on May 22, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Chapter 13<br><br>Case No.: 20-13717<br><br>Honorable Vincent F. Papalia<br><br>Hearing Date: 5/18/2023 |

### ORDER STRIPPING OFF THE LIEN OF SECURED CREDITOR, LMC FUND I, LLC AND MODIFYING ITS RIGHT AS UNSECURED

The relief set forth of the following pages, numbered two (2) through two (2) is hereby

**ORDERED**

**DATED: May 22, 2023**

                                                          _____
                                                          Honorable Vincent F. Papalia
                                                          United States Bankruptcy Judge

Page 2
Debtor: Doris Pilgrim
Case No. 20-13717
Caption: ORDER STRIPPING OFF THE LIEN OF SECURED CREDITOR, LMC FUND I, LLC AND MODIFYING ITS RIGHT AS UNSECURED

---

**THIS MATTER** having come before the Court upon Debtor's Application for an Order to Strip the Lien of LMC Fund I, LLC and Modify its Right as Unsecured and the Court having examined the evidence presented, and for good cause shown,

**ORDERED** that the lien held by LMC Fund I, LLC shall be treated as an unsecured claim pursuant to U.S.C. § 506(a) and 11 U.S.C. § 1322(b)(2). The total claim amount of approximately $133,175.15 shall be paid in the same manner and percentage as all other unsecured creditors; and it is further

**ORDERED** that upon completion of Debtor's plan, the second mortgage assigned to LMC Fund I, LLC, originally dated May 31, 2007 and recorded in the Office of the Essex County Clerk on February 8, 2008 in Book 12116 at Page 7900, et seq., Instrument No. 8012721, shall be deemed canceled, discharged and of no effect. The above mortgage was assigned to LMC Fund I, LLC by Assignment of Mortgage was recorded on April 4, 2019 in the Office of the Essex County Clerk on under Instrument No. 2019031265.

**ORDERED** that upon completion of Debtor's plan payments, the lien creditor shall immediately take all steps necessary and appropriate to release, cancel and/or discharge the recorded mortgage in the land records of this State; and it is further

**ORDERED** that in the event the lienholder fails to take all necessary steps to release, cancel and/or discharge the mortgage recorded in the land records of this State, then in that event the mortgage held by LMC Fund I, LLC shall be deemed paid and satisfied through the Debtor's Chapter 13 proceeding and the County Recording Office is hereby authorized to cancel this mortgage.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                            Case No. 20-13717-VFP
Doris L. Pilgrim                                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1
Date Rcvd: May 23, 2023    Form ID: pdf903    Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Doris L. Pilgrim, 25-27 22nd Street, Irvington, NJ 07111 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2023                        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Towd Point Mortgage Trust 2019-4 U.S. Bank National Association, as Indenture Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jenee K. Ciccarelli | on behalf of Debtor Doris L. Pilgrim info@jc-lawpc.com nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com |
| Jennie Shnayder | on behalf of Creditor LMC Fund 1 LLC jennie@shnayderlawfirm.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5