| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br>Doris L. Pilgrim,<br><br>Debtor. | Case No.:  20-13717<br>Chapter:  13<br>Judge:  Vincent F. Papalia |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, __Doris L. Pilgrim_____, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: __June 02, 2023__          __Doris L. Pilgrim__
                                 Debtor's Signature

**IMPORTANT:**

- Each debtor in a joint case must file a separate Certification in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.

rev.8/1/18